IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| John & Sally Karner | ) | Judge Donald R. Cassling |
| Debtors. | ) | Case No. 12-00244 |

## FINAL APPLICATION FOR COMPENSATION

TO THE HONORABLE **Donald R. Cassling**, BANKRUPTCY JUDGE

Now comes E. PHILIP GROBEN and COHEN & KROL and respectfully submit their Final Application For Compensation as follows:

### I. BACKGROUND

1. That on the January 5, 2012, the above named Debtors filed a Voluntary Petition seeking relief pursuant to Chapter 7 of the Bankruptcy Code.

2. Gina B. Krol is the duly assigned and qualified Chapter 7 Trustee herein.

3. On May 11, 2012 this Court entered an order authorizing the employment of JOSEPH E. COHEN, GINA B. KROL, E. PHILIP GROBEN, and the attorneys of COHEN & KROL (collectively referred to as "COHEN & KROL") as attorneys for the Trustee. A copy of the order authorizing employment is attached hereto as **Exhibit A.**

4. That this Application complies with the requirements outlined in In Re Continental Securities Litigation, 962 F.2d 566, 570 (7th Cir. 1992) and cases related thereto.

5. This is the first application for professional compensation made in the above bankruptcy proceeding and it is an interim application.

### II. SERVICES COVERED BY THIS APPLICATION

6. COHEN & KROL, attorneys for the Trustee, have rendered professional services on behalf of the Trustee which benefited the estate and the creditors during the Chapter 7 proceedings. These services were rendered for the time beginning October 28, 2010 through the present. A copy of the Attorney time slips is attached hereto as **Exhibit B**. The services performed by COHEN & KROL are described in the following paragraphs and are summarized as follows:

| ACTIVITY | HOURS | AMOUNT REQUESTED |
|---|---|---|
| Objection-Discharge | 1.30 | $539.50 |
| Professional Employment | 3.90 | $1,393.50 |
| Settlement | 7.20 | $2,408.00 |
| Turnover | 2.40 | $756 |
| TOTALS: | 14.75 | $5,076.25 |

7. **Objection-Discharge**: The attorneys for the Trustee extended the deadline by which to file objections to Debtors' discharge. COHEN & KROL expended 1.30 hours in performing the above-described services on behalf of the Trustee and is seeking compensation in the amount of $539.50.

8. **Professional Employment**: One of the functions for the attorney for the Trustee was to make sure that all professionals were properly employed. The services rendered by COHEN & KROL regarding professional employment included drafted motions to employ counsel for the trustee and a real estate agent. In addition the attorneys for the Trustee prepared this applications for compensation for the above estate professionals. COHEN & KROL, the Attorneys for the Trustee, expended 3.90 hours in performing the above-described services on behalf of the Trustee and is

seeking compensation in the amount of $1,393.50

9. **Settlement**: Counsel for the Trustee held settlement discussions with opposing parties in an attempt to resolve various disputes quickly and efficiently. Attorneys also drafted necessary motions and represented the Trustee before this Court on multiple occasions. COHEN & KROL, the Attorneys for the Trustee, expended 7.20 hours in performing the above-described services on behalf of the Trustee and is seeking compensation in the amount of $2,408.00.

10. **Turnover**: Counsel for the Trustee sought turnover of estate assets and documents evidencing value of estate assets, both personal and real property. COHEN & KROL, the Attorneys for the Trustee, expended 2.40 hours in performing the above-described services on behalf of the Trustee and is seeking compensation in the amount of $756.00

### III. ATTORNEY SUMMARY

11. That the hourly rates of the attorneys of COHEN & KROL are as follows:

| ATTORNEY | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| GINA B. KROL – 2012 | 2.70 | $415.00 | $1,120.50 |
| GINA B. KROL – 2013 | 0.80 | $430.00 | $344.00 |
| E. PHILIP GROBEN – 2012 | 4.00 | $315.00 | $1,260.00 |
| E. PHILIP GROBEN – 2013 | 7.30 | $325.00 | $2,372.50 |

12. the fair market value of the services rendered by COHEN & KROL as attorneys for the Trustee in these proceedings, based upon the skill required, the nature of the services rendered and the usual and customary fees charged by COHEN & KROL for services of this type, is $5,097.00.

## IV. ESTATE COSTS SUMMARY

13. The Trustee has incurred various costs in her representation of the interests of the bankruptcy estate. Photocopying is charged at $.15 per page. The Trustee seeks reimbursement of costs including:

- January 11, 2013: Motion to approve Compromise - $73.80 for photocopies and $46.80 for postage.
- May 20, 2013: Trustee's Final Application for Compensation - $73.80 for photocopies and $46.80 for postage.

14. The Trustee therefore requests reimbursement of the above detailed estate costs totaling $241.20.

## V. PROSPECTIVE FEES AND COSTS TO PRESENT THIS APPLICATION

15. Counsel for the Trustee asks this Court to award fees for services expected to be incurred in the presentation of this application in open court, $215.00.

## VI. SUMMARY

16. The Attorneys for the Trustee request $5,097.00 in accrued attorney fees, $241.20 in costs, and prospective fees of $215.00; for a total award of $5,553.20.

WHEREFORE, E. PHILIP GROBEN of COHEN & KROL, attorneys for Gina B. Krol, Trustee herein, prays that they be awarded compensation in the amount of $5,553.20 and for such other and further relief as the Court shall deem proper.

JOSEPH E. COHEN  
GINA B. KROL  
E. PHILIP GROBEN  
COHEN & KROL  
105 W. Madison St., Ste. 1100  
Chicago, IL 60602  
312/368-0300  

BY: /s/ E. Philip Groben  
Attorney for Trustee

4