# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KARNER, JOHN E. § Case No. 12-00244
KARNER, SALLY A. §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        KENNETH S. GARDNER
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/28/2013 in Courtroom 4016,
        DuPage County Courthouse
        505 N. County Farm Rd.
        Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/10/2013          By: KENNETH S. GARDNER
                                                  Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KARNER, JOHN E. § Case No. 12-00244
KARNER, SALLY A. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 100,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 100,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 7,853.54 | $ 0.00 | $ 7,853.54 |
| Attorney for Trustee Fees: Cohen & Krol | $ 5,312.00 | $ 0.00 | $ 5,312.00 |
| Other: Cohen & Krol | $ 241.20 | $ 0.00 | $ 241.20 |

Total to be paid for chapter 7 administrative expenses   $   13,406.74
Remaining Balance                                        $   86,593.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,878.15  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 4,837.69 | $ 0.00 | $ 4,837.69 |
| 000003 | Quantum3 Group LLC as agent for | $ 116.56 | $ 0.00 | $ 116.56 |
| 000004 | GE Capital Retail Bank | $ 1,111.71 | $ 0.00 | $ 1,111.71 |
| 000006 | Central Dupage Hospital | $ 876.58 | $ 0.00 | $ 876.58 |
| 000008 | Sallie Mae | $ 69,086.76 | $ 0.00 | $ 69,086.76 |
| 000010 | PYOD, LLC its successors and assigns as assignee | $ 1,719.68 | $ 0.00 | $ 1,719.68 |
| 000011 | Capital One, N.A. | $ 2,129.17 | $ 0.00 | $ 2,129.17 |
| | Total to be paid to timely general unsecured creditors | | | $ 79,878.15 |
| | Remaining Balance | | | $ 6,715.11 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,715.11 .

      Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-00244-DRC
John E. Karner Chapter 7
Sally A. Karner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: bchavez     Page 1 of 3     Date Rcvd: Jun 11, 2013
                      Form ID: pdf006    Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2013.

```
db/jdb       +John E. Karner,    Sally A. Karner,    325 E. Indiana St.,    Wheaton, IL 60187-5051
18332652     +ACS/Dept. of Education,    501 Bleeker Street,    Utica, NY 13501-2401
18332653     +AES/Chase/NCT,    1200 N. 7th St.,    Harrisburg, PA 17102-1419
18332654     +AES/EFR 1,    1200 N. 7th St.,    Harrisburg, PA 17102-1419
18332655     +Allied Interstate,    3000 Corp. Exchange Dr.,    Columbus, OH 43231-7684
18332656      Amb. Anesthesiologists of Chicago,    PO Box 66470,    Chicago, IL 60666-0470
19366610     +Atlas Acquisitions LLC  (GE MONEY BANK),     294 Union St.,    Hackensack, NJ 07601-4303
18332657      Bank of America Card Services,    PO Box 17054,    Wilmington, DE 19850-7054
18332658     +CACH, LLC,    C/O John C. Bonewicz, PC,    8001 N. Lincoln Ave. Ste. 402,    Skokie, IL 60077-3657
19694676      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18332661     +Carsons,    PO Box 5253,    Carol Stream, IL 60197-5253
18332662     +Central DuPage Hospital,    0N025 Winfield Rd.,    Winfield, IL 60190-1295
18332663     +Chase,    3415 Vision Dr.,    Columbus, OH 43219-6009
18332665      Chase Bank,    PO Box 15299,    Wilmington, DE 19850-5299
18332666      Chase Bank USA, NA,    PO Box 15298,    Wilmington, DE 19850-5298
18332668     +Chase-Private Student Loan,    PO Box 7013,    MailCode IN10103,    Indianapolis, IN 46207-7013
18332669    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,    Attn: Bankruptcy,    PO Box 81577,
               Austin, TX 78708)
18332671      Exxon Mobil,    PO Box 120,    Buffalo, NY 14220-0120
19436667      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18332673      FMS, Inc.,    PO Box 707601,    Tulsa, OK 74170-7601
18332672     +First Source Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
18332674      GC Services Limited Partnership,    PO Box 1389,    Copperas Cove, TX 76522-5389
18332675     +Great Lakes Higher Ed.-Stafford,    2401 International Lane,    Madison, WI 53704-3192
18332676     +Great Lakes Higher Education,    2401 International Lane,    Madison, WI 53704-3192
18332679     +HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
18332678      Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
18332682     +John C. Benewiez PC,    8001 North Lincoln Avenue,    Skokie, IL 60077-3695
18332684      Maurices,    PO Box 182273,    Columbus, OH 43218-2273
18332685     +Michael D. Fine,    131 South Dearborn,    Floor 5,    Chicago, IL 60603-5571
18332687      Pentagroup Financial, LLC,    35A Rust Lane,    Boerne, TX 78006-8202
18332689      Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
18332690      Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
18332693     +Vion Holdings LLC,    C/O Blitt & Gaines,    661 Glenn Avenue,    Wheeling, IL 60090-6017
18332694      World Financial,    PO Box 182273,    Columbus, OH 43218-2273
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19362443      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 12 2013 03:05:07
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
20320066      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 12 2013 03:09:51
               American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK  73124-8866
18479017     +E-mail/Text: bnc@atlasacq.com Jun 12 2013 02:52:49     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
18332659     +E-mail/Text: cms-bk@cms-collect.com Jun 12 2013 02:53:46     Capital Management,
                726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
18332660     +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2013 03:06:52     Care Credit/GE Money Bank,
                PO Box 981439,    El Paso, TX 79998-1439
19483983     +E-mail/Text: bankruptcy@hraccounts.com Jun 12 2013 02:46:40     Central Dupage Hospital,
                C/O H and R Accounts Inc,    PO Box 672,    Moline, IL 61266-0672
18332670     +E-mail/Text: electronicbkydocs@nelnet.net Jun 12 2013 02:57:02     Dept. of Education/NelNet,
                3015 Parker Road,    Suite 400,    Aurora, CO 80014-2904
19416464      E-mail/PDF: rmscedi@recoverycorp.com Jun 12 2013 03:09:07     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18332677     +E-mail/Text: bankruptcy@hraccounts.com Jun 12 2013 02:46:40     H&R Accounts, Inc.,
                7017 John Deere Parkway,    Moline, IL 61265-8072
18332680      E-mail/Text: Bankruptcy@icsystem.com Jun 12 2013 02:56:52     IC Systems, Inc.,
                444 Highway 96 E. PO Box 64437,    Saint Paul, MN 55164-0437
18332681      E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2013 03:06:52     JC Penney,    PO Box 965009,
                Orlando, FL 32896-5009
18332683      E-mail/Text: bnckohlsnotices@becket-lee.com Jun 12 2013 02:46:46     Kohls,    PO Box 3115,
                Milwaukee, WI 53201-3115
18332686     +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 12 2013 02:58:45     NCO Financial Services,
                507 Prudential Road,    Horsham, PA 19044-2368
19514393     +E-mail/Text: electronicbkydocs@nelnet.net Jun 12 2013 02:57:02
               Nelnet on behalf of US Dept of Education,    U.S. Dept of Education,
                3015 South Parker Road Suite 400,    Aurora CO 80014-2904
19613562    ++E-mail/Text: resurgentbknotifications@resurgent.com Jun 12 2013 02:45:44
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
20354156      E-mail/PDF: rmscedi@recoverycorp.com Jun 12 2013 03:09:45     Portfolio Investments II LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
```

```
District/off: 0752-1          User: bchavez              Page 2 of 3                  Date Rcvd: Jun 11, 2013
                              Form ID: pdf006            Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19373926       E-mail/Text: bnc-quantum@quantum3group.com Jun 12 2013 02:55:02
               Quantum3 Group LLC as agent for,   World Financial Network Bank,   PO Box 788,
               Kirkland, WA  98083-0788
20354157       E-mail/PDF: rmscedi@recoverycorp.com Jun 12 2013 03:04:36
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
19537304      +E-mail/PDF: pa_dc_claims@salliemae.com Jun 12 2013 03:09:55      Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
18332688       E-mail/PDF: pa_dc_claims@salliemae.com Jun 12 2013 03:05:22      Sallie Mae-Private Loan,
               PO Box 9500,   Wilkes Barre, PA 18773-9500
18332691      +E-mail/Text: bnc@ursi.com Jun 12 2013 02:52:53     United Recovery Systems,   5800 N. Course Dr.,
               Houston, TX 77072-1613
18332692       E-mail/Text: bnc@ursi.com Jun 12 2013 02:52:53     United Recovery Systems,   PO Box 722929,
               Houston, TX 77272-2929
                                                                                             TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18332664*     +Chase,   3415 Vision Dr.,   Columbus, OH 43219-6009
18332667*     +Chase Bank USA, NA,   PO Box 15298,   Wilmington, DE 19850-5298
18332695     ##+Xpress Loan Servicing,   1500 W. 3rd Street,   Suite 125,   Cleveland, OH 44113-1422
                                                                                  TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2013**          **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: bchavez               Page 3 of 3              Date Rcvd: Jun 11, 2013
                              Form ID: pdf006             Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2013 at the address(es) listed below:

        Bradley S Covey    on behalf of Joint Debtor Sally A. Karner bcovey@springerbrown.com, sellis@springerbrown.com;sellis.springerbrown@gmail.com;bradley.covey@gmail.com
        Bradley S Covey    on behalf of Debtor John E. Karner bcovey@springerbrown.com, sellis@springerbrown.com;sellis.springerbrown@gmail.com;bradley.covey@gmail.com
        E. Philip Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com, trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol    gkrol@cohenandkrol.com, gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com, gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com, jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
        Heather M Giannino    on behalf of Creditor   JP Morgan Chase Bank, National Association heathergiannino@hsbattys.com,   jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
        Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com, jcohenattorney@aol.com;gkrol@cohenandkrol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 9