Donald R. Cassling

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| KARNER, JOHN E. | § | Case No. 12-00244 DRC |
| KARNER, SALLY A. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                 Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                 Claims Discharged
                                                  Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SALLY A. KARNER |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase 3415 Vision Dr. Columbus, OH 43219 |  |  |  |  |  |
|  | Chase 3415 Vision Dr. Columbus, OH 43219 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | AES/Chase/NCT 1200 N. 7th St. Harrisburg, PA 17102 |  |  |  |  |  |
|  | AES/EFR 1 1200 N. 7th St. Harrisburg, PA 17102 |  |  |  |  |  |
|  | Amb. Anesthesiologists of Chicago PO Box 66470 Chicago, IL 60666-0470 |  |  |  |  |  |
|  | Bank of America Card Services PO Box 17054 Wilmington, DE 19850-7054 |  |  |  |  |  |
|  | Carsons PO Box 5253 Carol Stream, IL 60197 |  |  |  |  |  |
|  | Chase Bank PO Box 15299 Wilmington, DE 19850-5299 |  |  |  |  |  |
|  | Chase Bank USA, NA PO Box 15298 Wilmington, DE 19850-5298 |  |  |  |  |  |
|  | Chase Bank USA, NA PO Box 15298 Wilmington, DE 19850 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase-Private Student Loan PO Box 7013 MailCode IN10103 Indianapolis, IN 46207 | | | | | |
| | Dell Financial Services Attn: Bankruptcy PO Box 81577 Austin, TX 78708 | | | | | |
| | Dept. of Education/NelNet 3015 Parker Road Suite 400 Aurora, CO 80014 | | | | | |
| | Exxon Mobil PO Box 120 Buffalo, NY 14220-0120 | | | | | |
| | Great Lakes Higher Ed.-Stafford 2401 International Lane Madison, WI 53704 | | | | | |
| | Great Lakes Higher Education 2401 International Lane Madison, WI 53704 | | | | | |
| | HSBC PO Box 5253 Carol Stream, IL 60197 | | | | | |
| | Home Depot PO Box 6497 Sioux Falls, SD 57117-6497 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JC Penney PO Box 965009 Orlando, FL 32896-5009 | | | | | |
| | Kohls PO Box 3115 Milwaukee, WI 53201 | | | | | |
| | Maurices PO Box 182273 Columbus, OH 43218-2273 | | | | | |
| | Xpress Loan Servicing 1500 W. 3rd Street Suite 125 Cleveland, OH 44113 | | | | | |
| 000006 | CENTRAL DUPAGE HOSPITAL | | | | | |
| 000007 | NELNET ON BEHALF OF US DEPT OF EDUC | | | | | |
| 000008 | SALLIE MAE | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC (GE MONEY BA | | | | | |
| 000011 | CAPITAL ONE, N.A. | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | GE CAPITAL RETAIL BANK | | | | | |
| 000009 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000010 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 12-00244    Doc 48    Filed 09/24/14    Entered 09/24/14 14:07:37    Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document      Page 9 of 12
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-00244 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | KARNER, JOHN E. | | | Date Filed (f) or Converted (c): | 01/05/12 (f) |
| | KARNER, SALLY A. | | | 341(a) Meeting Date: | 03/06/12 |
| For Period Ending: 09/02/14 | | | | Claims Bar Date: | 11/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE: 325 E. INDIANA ST., WHEATON, IL | 467,290.00 | 0.00 | OA | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS | 500.00 | 0.00 | OA | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 4. WEARING APPAREL | 200.00 | 0.00 | OA | 0.00 | FA |
| 5. FURS AND JEWELRY | 200.00 | 0.00 | OA | 0.00 | FA |
| 6. PENSION / PROFIT SHARING | 5,548.00 | 0.00 | OA | 0.00 | FA |
| 7. STOCK | 0.00 | 0.00 | OA | 0.00 | FA |
| 8. VEHICLES | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 9. VEHICLES | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 10. VEHICLES | 8,700.00 | 0.00 | OA | 0.00 | FA |
| 11. MACHINERY AND SUPPLIES | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 12. INHERITANCE (u) | 0.00 | 0.00 | | 100,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $492,438.00 | $0.00 | | $100,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TDR

October 17, 2013, 02:25 pm

Initial Projected Date of Final Report (TFR): 10/31/13      Current Projected Date of Final Report (TFR): 10/31/13

/s/    GINA B. KROL
_____    Date: 09/02/14
      GINA B. KROL

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

LFORM1                                                                                                                  Ver: 18.01

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-00244 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | KARNER, JOHN E. | | Bank Name: | ASSOCIATED BANK |
| | KARNER, SALLY A. | | Account Number / CD #: | *******0683 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8822 | | | |
| For Period Ending: | 09/02/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/13 | 12 | Scott Rambo | Inheritance | 1229-000 | 100,000.00 | | 100,000.00 |
| 06/27/13 | 030001 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 7,853.54 | 92,146.46 |
| 06/27/13 | 030002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys fees per court order | 3110-000 | | 3,541.33 | 88,605.13 |
| 06/27/13 | 030003 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys expenses per court orde | 3120-000 | | 241.20 | 88,363.93 |
| 06/27/13 | 030004 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys fees per court order | 3110-000 | | 1,770.67 | 86,593.26 |
| 06/27/13 | 030005 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 100.00000% | 7100-900 | | 4,837.69 | 81,755.57 |
| 06/27/13 | 030006 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000003, Payment 100.00000%<br>(3-1) Unsecured Debt | 7100-900 | | 116.56 | 81,639.01 |
| 06/27/13 | 030007 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 100.00000%<br>(4-1) JCPENNEY CREDIT SERVICES or<br>GEMB | 7100-900 | | 1,111.71 | 80,527.30 |
| 06/27/13 | 030008 | Central Dupage Hospital<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61265 | Claim 000006, Payment 100.00000% | 7100-000 | | 876.58 | 79,650.72 |
| 06/27/13 | 030009 | Sallie Mae | Claim 000008, Payment 100.00000% | 7100-000 | | 69,086.76 | 10,563.96 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

LFORM2T4

Ver: 18.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-00244 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | KARNER, JOHN E. | | Bank Name: | ASSOCIATED BANK |
| | KARNER, SALLY A. | | Account Number / CD #: | *******0683 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8822 | | | |
| For Period Ending: | 09/02/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/27/13 | 030010 | c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706<br>PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000010, Payment 100.00000% | 7100-900 | | 1,719.68 | 8,844.28 |
| 06/27/13 | 030011 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000011, Payment 100.00000%<br>(11-1) CREDIT CARD DEBT | 7100-900 | | 2,129.17 | 6,715.11 |
| 06/27/13 | 030012 | SALLY A. KARNER<br>325 E. INDIANA ST.<br>WHEATON, IL 60187 | Surplus Funds | 8200-002 | | 6,715.11 | 0.00 |

| Account *******0683 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- |
| 1 | Deposits | 100,000.00 | 12 | Checks | 100,000.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 100,000.00 | | | |
| | | | | Total | $ 100,000.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 100,000.00 | | | |

**FORM 2** Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-00244 -DRC |
| Case Name: | KARNER, JOHN E. |
| | KARNER, SALLY A. |
| Taxpayer ID No: | *******8822 |
| For Period Ending: | 09/02/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0683 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ GINA B. KROL  Date: 09/02/14
GINA B. KROL